# United States District Court
## Southern District of Indiana
### Laura A. Briggs, Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

210 Federal Building
Terre Haute, Indiana
47808

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

June 9, 2010

Clerk of Court, USDC Northern District of Florida
Gainsville Division
United States Courthouse
401 SE First Ave. Rm 243
Gainesville, FL 32601

1-04-CR-37-mp AK-1

RE: USA V. DAVID OLIN WILLIAMSON
YOUR CAUSE #: 1:04CR37-001
OUR CAUSE #: 1:10-cr-0089-SEB-KPF

Dear Clerk:

Enclosed is the original Transfer of Jurisdiction, Form 22, accepting jurisdiction over the above-named defendant by this Court.

Please forward to this office certified copies of the Indictment/Information, Judgment and Commitment Order, and Conditions of Probation, which are on file in your Court.

Very truly yours,

Laura A. Briggs, Clerk

By: _____
Deputy Clerk

cc: USPO
 USA
 USM
 FINANCE

Filed 0614'10 USDC Fln 1PM 1202

KM

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:04CR37-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1:10-cr-0089SEB-KPF |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: David Olin Williamson 7373 Poppyseed Drive Indianapolis, Indiana | DISTRICT Florida Northern | DIVISION Gainesville |
| | NAME OF SENTENCING JUDGE Maurice M. Paul, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 4, 2007  TO June 3, 2011 |
| OFFENSE Conspiracy to Distribute and to Distribute More Than Five Hundred Grams of Cocaine. | | |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 25, 2010
*Date*

*Maurice M. Paul*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Indiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 7, 2010
*Effective Date*

*Sarah Evans Barker*
*United States District Judge*

Rec'd 0614*10 USDC FInd PM 1202

KM

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

Clerk of Court, USDC Northern District of Florida
Gainsville Division
United States Courthouse
401 SE First Ave. Rm 243
Gainesville, FL 32601

016H26521541
$00.440
06/09/2010
Mailed From 46204
US POSTAGE

Hasler

32601465975